# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE CORNELSEN; AND YOLE VINCENT,
Appellants,
vs.
OLEN RESIDENTIAL REALTY CORP.,
Respondent.

No. 77438

FILED

JAN 1 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 19, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A. B____

cc:     Hon. Richard Scotti, District Judge
        Steve Cornelsen
        Yole Vincent
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-01735